# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**AGENCY DOCKETING STATEMENT**
*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. CASE NO. __21-1252__                   2. DATE DOCKETED: __Dec. 3, 2021__
3. CASE NAME (lead parties only) __Worthington Industries, Inc.__ v. __Environmental Protection Agency__
4. TYPE OF CASE: ☒ Review ☐ Appeal ☐ Enforcement ☐ Complaint ☐ Tax Court
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ☐ Yes ☒ No
   If YES, cite statute _____
6. CASE INFORMATION:
   a. Identify agency whose order is to be reviewed: __United States Environmental Protection Agency ("EPA__
   b. Give agency docket or order number(s): __EPA-HQ-OAR-2021-0044/86 Fed. Reg. at 55,116 et seq.__
   c. Give date(s) of order(s): __October 5, 2021__
   d. Has a request for rehearing or reconsideration been filed at the agency? ☒ Yes ☐ No
      If so, when was it filled? __Nov. 10, 2021__  By whom? __Worthington Industries, Inc.__
      Has the agency acted? ☐ Yes ☒ No  If so, when? _____
   e. Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):
      __See Attachment to Docketing Statement__
   f. Are any other cases involving the same underlying agency order pending in this Court or any other?
      ☒ Yes ☐ No If YES, identify case name(s), docket number(s), and court(s)
      __See Attachment to Docketing Statement__
   g. Are any other cases, to counsel's knowledge, pending before the agency, this Court, another Circuit Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
      ☐ Yes ☒ No If YES, give case name(s) and number(s) of these cases and identify court/agency:
      _____
   h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution? ☐ Yes ☒ No If YES, provide program name and participation dates.
      __Worthington Industries, Inc. filed a petition for reconsideration with EPA on November 10, 2021.__

Signature _____   Date _____
Name of Counsel for Appellant/Petitioner __Waytne J. D'Angelo__
Address __Kelley Drye & Warren, LLP, 3050 K Street N.W., Washington, DC 20007__
E-Mail __wdangelo@kelleydrye.com__   Phone ( __202__ ) __342-8525__   Fax ( __202__ ) __342-8451__

**ATTACH A CERTIFICATE OF SERVICE**

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.

USCA Form 41
August 2009 (REVISED)

**Attachment to Worthington Industries, Inc.'s Agency Docketing Statement**
*Worthington Industries, Inc. v. EPA, et al,* **Case No. 21-1252.**

6.e. Worthington Industries, Inc. ("Petitioner Worthington") is the only domestic manufacturer of the disposable (*i.e.*, non-refillable) cylinders, the use of which will be prohibited by the final rule beginning in 2025. *See* 86 Fed. Reg. *55,*116, 55,208 (Oct. 5, 2021), codified at 40 C.F.R. § 84.5(h). As explained in Petitioner Worthington's oral and written comments in the docket for this rulemaking, the final rule's prohibition on placing regulated substances in disposable cylinders will eliminate nearly all demand for Petitioner Worthington's disposable cylinders. *See* Worthington Industries, Comment Letter to Final Rule, https://www.regulations.gov/comment/EPA-HQ-OAR-2021-0044-0215. Petitioner Worthington also recently invested more than $40 million in modernizing and expanding its non-refillable cylinder manufacturing facilities. The final rule's prohibition on the primary use for these disposable cylinders will also cause Petitioner Worthington to be deprived of the benefit of this multi-million-dollar investment.

6. f. Counsel is aware of two other challenges (Nos. 21-1251 and 21-1253) to the same underlying agency order. Both of these actions have already been consolidated with Petitioner Worthington's action.

| | |
|---|---|
| Dated: January 3, 2022 | Respectfully submitted, |

/s/ *Wayne J. D'Angelo*
WAYNE J. D'ANGELO
KELLEY DRYE & WARREN LLP
3050 K Street, NW
Washington, DC 20007
Tel. (202) 342-8451
wdangelo@kelleydrye.com

FABIO DWORSCHAK
KELLEY DRYE & WARREN LLP
515 Post Oak Boulevard, Suite 900
Houston, TX 77027
Tel. (713) 355-5032
fdworschak@kelleydrye.com

*Counsel for Worthington Industries, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2022, I filed the foregoing using the Court's CM/EFC system, which will electronically serve all counsel of record registered to use the CM/ECF system.

*/s/ Fabio Dworschak*