# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## AGENCY DOCKETING STATEMENT
*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. **CASE NO.** 21-1253   2. **DATE DOCKETED:** 12/9/21
3. **CASE NAME** (lead parties only) RMS of Georgia, LLC  v.  EPA, et al
4. **TYPE OF CASE:** ☒ Review ☐ Appeal ☐ Enforcement ☐ Complaint ☐ Tax Court
5. **IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?** ☐ Yes ☒ No
   If YES, cite statute _____
6. **CASE INFORMATION:**
   a. Identify agency whose order is to be reviewed: U.S. Environmental Protection Agency
   b. Give agency docket or order number(s): EPA-HQ-OAR-2021-0044 and EPA-HQ-OAR-2021-0669
   c. Give date(s) of order(s): October 5, 2021 and October 7, 2021, respectively
   d. Has a request for rehearing or reconsideration been filed at the agency? ☒ Yes ☐ No
      If so, when was it filled? 12/6/21   By whom? David M. Williamson
      Has the agency acted? ☐ Yes ☒ No   If so, when? _____
   e. Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):
      See attached response.
   f. Are any other cases involving the same underlying agency order pending in this Court or any other?
      ☒ Yes ☐ No   If YES, identify case name(s), docket number(s), and court(s)
      See attached response.
   g. Are any other cases, to counsel's knowledge, pending before the agency, this Court, another Circuit Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
      ☒ Yes ☐ No   If YES, give case name(s) and number(s) of these cases and identify court/agency:
      See attached response to Question 6(f), which addresses this question in footnote 2.
   h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution? ☐ Yes ☒ No   If YES, provide program name and participation dates.

Signature /s/ David M. Williamson   Date 1/24/21
Name of Counsel for Appellant/Petitioner David M. Williamson
Address 1850 M Street NW, Suite 840, Washington, DC 20036
E-Mail maxwilliamson@williamsonlawpolicy.com   Phone ( 202 ) 256-6155   Fax ( 703 ) 519-0076

**ATTACH A CERTIFICATE OF SERVICE**

**Note:** If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.

USCA Form 41
August 2009 (REVISED)

# ATTACHMENT TO AGENCY DOCKETING STATEMENT

**6. CASE INFORMATION**

**e) Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):**

Petitioner RMS of Georgia, LLC d/b/a Choice Refrigerants ("***Choice Refrigerants***") is a producer of patented hydrofluorocarbon ("HFC") blends, including Choice® R-421A and Choice® R-421B refrigerants, as well as Choice®-branded R-410A. Choice Refrigerants produces its patented refrigerant products by either importing HFC components and blending them at its facility in Alpharetta, Georgia, or by importing its products pre-blended. On October 5, 2021, the U.S. Environmental Protection Agency's ("EPA's") *Phasedown of Hydrofluorocarbons: Establishing the Allowance Allocation and Trading Program Under the American Innovation and Manufacturing Act* ("Framework Rule") was published at 86 Fed. Reg. 55,116. On October 7, 2021, EPA's *Phasedown of Hydrofluorocarbons: Notice of 2022 Allowance Allocations for Production and Consumption of Regulated Substances Under the American Innovation and Manufacturing Act of 2020* ("Allocation Notice") was published at 86 Fed. Reg. 55,841. The Framework Rule and the Allocation Notice limit the amount of patented product that Choice Refrigerants can import and will cause severe economic distress to Choice Refrigerants, as a small business.

**f) Are any other cases involving the same underlying agency order pending in this Court or any other? If YES, identify case name(s), docket number(s), and court(s).**

The following cases involve challenges to the Framework Rule, as defined in the response to Question 6(e):[1]

| Case Name | Docket Number | Court |
|---|---|---|
| Heating, Air-Conditioning, & Refrigeration Dist, et al v. EPA, et al | 21-1251 | United States Court of Appeals for District of Columbia Circuit |

---

[1] These cases have been consolidated, along with this case (docket number 21-1253) under docket 21-1251.

| Worthington Industries Inc. v EPA, et al | 21-1252 | United States Court of Appeals for District of Columbia Circuit |

The following case involves a challenge to the Allocation Notice, as defined in response to Question 6(e).[2]

| Case Name | Docket Number | Court |
|---|---|---|
| RMS of Georgia, LLC v. U.S. Environmental Protection Agency, et al | 21-14213 | United States Court of Appeals for the Eleventh Circuit |

---

[2] It is Petitioner's position that venue for its challenge to the final agency action reflected in the Allocation Notice is proper in the Eleventh Circuit under section 307 of the Clean Air Act, 42 U.S.C. § 7607; however, Petitioner has also filed protectively in this Court.

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Docketing Statement Form has been served via the Court's Electronic Case Filing system upon all registered counsel this 24th day of January 2022.

/s/ David M. Williamson
David M. Williamson
WILLIAMSON LAW + POLICY, PLLC
1850 M Street NW, Suite 840
Washington, D.C. 20036
Tel: (202) 256-6155
Fax: (703) 519-0076
maxwilliamson@williamsonlawpolicy.com

*Counsel for Petitioner RMS of Georgia, LLC*